UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

AYHAN TARTICI,

              Plaintiff,

  - against -

SANT KARAM S., INC., ATLANTIS
MANAGEMENT GROUP II, LLC, HARJIT
SINGH, SURINDER SINGH, SUKHWINDER
SINGH, and KULBIR SINGH,

              Defendants.
--------------------------------------------------------------X

16-CV-5140 (ADS) (AKT)

**IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendant, Atlantis Management Group II, LLC, that this action is hereby dismissed with prejudice against Atlantis Management Group II, LLC only pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

**IT IS FURTHER STIPUATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendant, Atlantis Management Group II, LLC, that the Court shall retain enforcement jurisdiction over this matter for the purpose of ensuring the Parties' compliance with the terms and conditions of the Settlement of this action.

Dated: January 29, 2018

Neil H. Greenberg & Associates, P.C.

By: _____
    Justin M. Reilly, Esq.
Attorneys for Plaintiff
4242 Merrick Road
Massapequa, New York 11758
(516) 228-5100

Dated: January 29, 2018

Milber Makris Plousadis & Seiden, LLP

By: _____
    Elizabeth R. Gorman, Esq.
Attorneys for Defendant
Atlantis Management Group II, LLC
1000 Woodbury Road
Woodbury, New York 11797
(516) 712-4000

SO ORDERED:

_____
Arthur D. Spatt, U.S.D.J.